The boarding gate police court were re-inspirated in the very long past to shoot innocent people. The court, as you can see on the screen, in front of the court are very well trained. They have been reviewing briefs and records in more detail. In fact, it looks as if the peers of the court have a mutual background to conclude the sentence I personally don't agree. Frankly, it's not my opinion. It's just my opinion as a commentator. So what I'd really like to do is focus on the case and try to bring it to you. I just want to go around the board and ask the questions. If you do not agree, please drop a comment and I'll shoot you for that. I want to be clear. Based on the evidence of this court's interest, the court is not going to be stopped. The board may pass a sentence. It's really not an issue. It's a plain question from the standpoint of the court, which is whether or not, in terms of regulatory framework, the board is allowed to be punished. It's a fact and a position of the government that the board is not allowed to do that. So please do not get me confused as to whether this is a civilian issue or some conception that the board should be punished. I'm just curious. Is this sort of what this is made in the first instance? Is this a court? I think it's a good concern that the board is putting this into discretion. I mean, it's been asked to bring this to us into discretion. It absolutely has to rely upon some standards. We don't rely on them just to say, well, we're going to do some science. These are just things we create. But if you're going to use it on a specific basis, I don't know that you're saying it doesn't have to be on a specific basis. It seems to me that it's a lot more specific to decide whether those are the only reasons. So let's get this into discretion. I don't know that I'm saying we're going to have to be fighting to have it be consensual. Well, I'm not sure. I think that my view is that the board is not interested in funding this case. I think the board is putting it in discretion. Thank you. Thank you. Okay. Thank you. Okay. Nope. Nope. Nope. Okay. Okay. Okay. Okay. Okay. Okay. Okay. Okay. Okay. Okay. Okay. Okay. Okay. Okay. Okay. Okay. Okay. Okay. Okay. Okay. Okay. Okay. Okay. Okay. Okay. Okay. Okay. Okay. Okay. Yeah, we're going to go through a little bit more detail about the process.
judges: Clifton, Watford, Melloy